JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

DON J. MIZERK (SBN: 208477)
*don.mizerk@huschblackwell.com*
JOHN A. SHOLAR, JR..
*john.sholar@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

Attorneys for Defendant
ANCHEN PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 11-cv-01609 CRB<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO ANSWER THE COMPLAINT [1]**<br><br>Hon. Charles R. Breyer U.S.D.J. |

Order Extending Time To Answer The Complaint
CASE NO. 5:11-CV-01609 CRB

CHI-12274-1

Before the Court is the parties' stipulation to extend Defendant Anchen Pharmaceuticals, Inc.'s ("Anchen") time to respond to the Complaint. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. Anchen shall file an Answer or otherwise respond to the Complaint in this action on or before May 12, 2011.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: ___May 5, 2011___

_____
Hon. Charles R. Breyer
United States District Judge

