# EXHIBITS 8-14

# FILED UNDER SEAL