JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
ERIN J. COX (SBN 267954)
*erin.cox@mto.com*
JOEL M. PURLES (SBN 266208)
*joel.purles@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609 JCS<br><br>[PROPOSED] **ORDER GRANTING TAKEDA'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF TAKEDA'S OPPOSITION TO TWI's MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Judge: Hon. Joseph C. Spero<br>Courtroom G, 15th Floor |

1  **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Upon consideration of Takeda's Administration Motion to Seal Confidential Material in Support of Takeda's Opposition to TWi's Motion for Summary Judgment, and the supporting Declaration of Heather E. Takahashi pursuant to L.R. 79.5 in support of that Motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following documents shall be filed under seal in this case:

- Takeda's Opposition to TWi's Motion for Summary Judgment
- Corrected Expert Report of Jerry L. Atwood, Ph.D., in Response to the Expert Reports of Robin D. Rogers, Ph.D., and Edmund J. Elder, Jr., Ph.D., R.Ph., Regarding the Validity of the '282 Patent, and Exhibits 3, 4, and 7 to the Expert Report, which are attached to the Declaration of Jerry L. Atwood in Support of Takeda's Opposition to TWi's Motion for Summary Judgment
- Declaration of William N. Charman, Ph.D., in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Expert Report of William N. Charman, Ph.D., Regarding Infringement by TWi, and Exhibits 3–5, 7, 9, 13–16, and 18–20 to the Expert Report, which are attached as Exhibit B to the Declaration of William N. Charman, Ph.D., in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Exhibits E, H, I, J, K, L, M, and Q to the Declaration of Heather E. Takahashi in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Exhibits 1, 2, 5–7, 9–13, 17, 19, and 20 to the Declaration of Joel M. Purles in Support of Takeda's Opposition to TWi's Motion for Summary Judgment

DATED: _____12/31_____, 2012

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

Judge Joseph C. Spero