1  Don J. Mizerk (SBN 208477)
   *don.mizerk@huschblackwell.com*
2  HUSCH BLACKWELL LLP
   120 S. Riverside Plaza, Suite 2200
3  Chicago, IL 60606
   Telephone: (312) 655-1500
4  Facsimile: (312) 655-1501

5

6  Attorney for Defendant
   TWI PHARMACEUTICALS, INC.

7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
10

11 | TAKEDA PHARMACEUTICAL CO., LTD., | Case No. 3:11-cv-01609 JCS |
   | TAKEDA PHARMACEUTICALS NORTH |  |
12 | AMERICA, INC., TAKEDA |  |
   | PHARMACEUTICALS LLC, AND TAKEDA | [**PROPOSED**] ORDER GRANTING TWI's |
13 | PHARMACEUTICALS AMERICA, INC., | PROPOSED REDACTIONS OF THE |
   |  | APRIL 8, 2013 ORDER RE SUMMARY |
14 | Plaintiffs, | JUDGMENT |
15 | v. | Judge:   Hon. Joseph C. Spero |
16 | TWI PHARMACEUTICALS, INC., | Related Cases: 3:11-cv-00840 JCS |
   |  |                3:11-cv-01610 JCS |
17 | Defendant. |  |

18

19

20    This matter comes before the Court on Defendant TWi Pharmaceuticals, Inc.'s ("TWi")

21 Proposed Redactions of the April 8, 2013 Order re Summary Judgment.

22    Having considered TWi's requested redactions, as well as the pleadings and materials

23 lodged in this matter, the Court finds good cause and GRANTS the request to redact portions of

24 this document.

25    **IT IS HEREBY ORDERED** that the Court's April 8, 2013 Order re Summary Judgment

26 Motions in the above referenced matter should be posted on the public case docket as proposed to

27 be redacted by TWi at D.E. 243.

28

Case No. 3:11-cv-01609 JCS                       [PROPOSED] ORDER GRANTING TWI'S
                                                        PROPOSED REDACTIONS

CHI-16786-1

**IT IS SO ORDERED**

Dated: 5/20, 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

The Honorable Joseph C. Spero
United States Magistrate Judge