1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609 JCS<br><br>[~~PROPOSED~~] FINAL JUDGMENT AS TO TWI PHARMACEUTICALS, INC.<br><br>Judge:          Hon. Joseph C. Spero<br>                    Courtroom G, 15th Floor<br><br>Related Cases:  3:11-cv-00840 (JCS)<br>                        3:11-cv-01610 (JCS) |

This action having come before the Court for a bench trial from June 5 to June 12, 2013; the issues having been heard and a decision having been rendered:

**IT IS HEREBY ORDERED AND ADJUDGED** this <u>1st</u> day of <u> November </u>, 2013, for the reasons set forth in the Court's Findings of Fact and Conclusions of Law [D.N. 330] dated October 17, 2013, that Judgment shall be entered in favor of Plaintiffs Takeda Pharmaceuticals Co., Ltd., Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and against Defendant TWi Pharmaceuticals, Inc. ("TWi"), on Takeda's claim that TWi's proposed products described in Abbreviated New Drug Application ("ANDA") No. 202-666 infringe asserted claims 1 and 2 of U.S. Patent No. 7,737,282 ("the '282 Patent") pursuant to 35 U.S.C. § 271(e)(2); and it is further,

**ORDERED AND ADJUDGED** that the asserted claims of the '282 Patent are valid and enforceable, and that Judgment shall be entered in favor of Takeda and against TWi on all counterclaims and defenses alleging noninfringement, invalidity, or unenforceability of the '282 Patent; and it is further,

**ORDERED AND ADJUDGED** that the Court declines to exercise jurisdiction of Takeda's declaratory judgment claim against TWi pursuant to 35 U.S.C. § 271(a); and it is further,

**ORDERED AND ADJUDGED**, pursuant to the Court's Order Re Summary Judgment [D.N. 235] dated April 8, 2013, that Judgment shall be entered in favor of TWi and against Takeda on Takeda's claim that TWi's proposed products described in ANDA No. 202-666 infringe asserted claims 2 and 4 of U.S. Patent No. 7,790,755 ("the '755 Patent"); and it is further,

**ORDERED AND ADJUDGED** that Judgment shall be entered in favor of TWi and against Takeda on TWi's counterclaim alleging noninfringement of asserted claims 2 and 4 of the '755 patent, and that all counterclaims and defenses alleging invalidity and unenforceability of the '755 Patent are moot; and it is further,

**ORDERED** that, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval by the United States Food and Drug Administration of TWi's proposed products described in ANDA No. 202-666 shall be a date that is not earlier than the date of expiration of the '282 Patent (currently, June 15, 2020); and it is further,

1      ~~ORDERED that, pursuant to Civil L.R. 54-1, costs shall be awarded to Takeda~~. JCS

3    DATED: __11/01_____, 2013



THE HONORABLE _____ SPERO
United St...

|   |   |   |
|---|---|---|
| 1 |   | Presented by, |
| 2 | DATED: October 25, 2013 | MUNGER, TOLLES & OLSON LLP |

By: _____/s/ Heather E. Takahashi_____
JEFFREY I. WEINBERGER (SBN 056214)
jeffrey.weinberger@mto.com
TED G. DANE (SBN 143195)
ted.dane@mto.com
HEATHER E. TAKAHASHI (SBN 245845)
heather.takahashi@mto.com
RYAN N. HAGGLUND (*pro hac vice*)
ryan.hagglund@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

TINA W. ARROYO (State Bar No. 272757)
tina.arroyo@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

21943711